IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No 3:26-cr-30038-DWD |
| | ) | |
| ALEXIS D. THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GOVERNING DISCOVERY

Upon consideration of the "Consent Motion for Order Governing Discovery," (Doc. 17) the Court **FINDS**:

1. The United States seeks leave to disclose to defense counsel, tax return information that it obtained from the Department of the Treasury Inspector General for Tax Administration (TIGTA) during investigation into this matter.

2. The United States anticipates that this tax return information may be introduced as exhibits at trial.

1

It is therefore **ORDERED**:

Pursuant to 26 U.S.C. § 6103(h)(4)(C) and (B), the United States is permitted to disclose the tax return information that it obtained from TIGT during the investigation into this matter.

**SO ORDERED.**

Dated: May 27, 2026

DAVID W. DUGAN
United States District Judge